IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| STEPHANIE JENNINGS, | : | |
| Plaintiff, | : | |
| v. | : | CA 12-00735-C |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | : | |
| Defendant. | : | |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that the Petitioner receive as attorney's fees for services rendered in this Court the sum of $1,884.58 pursuant to 42 U.S.C. § 406(b).

**DONE** this the 10th day of June 2015.

       s/WILLIAM E. CASSADY
       **UNITED STATES MAGISTRATE JUDGE**